IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KARLYN ZIMBELMAN,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PERSONAL INSURANCE COMPANY, JOHN DOES 1-5, and CORPORATIONS A-Z,<br><br>Defendants. | Case No. CV 24-51-GF-BMM<br><br><br>**ORDER** |

The parties have stipulated to dismiss Plaintiff Jerry Zimbelman's claims against Defendants without prejudice and to update the case caption to reflect the dismissal of Mr. Zimbelman as a party to the case. (Doc. 16).

**IT IS ORDERED** that Plaintiff Jerry Zimbelman's claims against Defendant are hereby dismissed without prejudice and the case caption is updated to reflect the dismissal of Mr. Zimbelman as a party to the case.

DATED this 4th day of December, 2024.

_____
Brian Morris, Chief District Judge
United State District Court