# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KARLYN ZIMBELMAN,<br><br>          Plaintiff,<br><br>vs.<br><br>TRAVELERS PERSONAL INSURANCE COMPANY, JOHN DOES 1-5, and CORPORATIONS A-Z,<br><br>          Defendants. | 24 CV-51-GF-WWM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that counsel for all parties should be prepared to discuss *Miss. Farm Bureau Cas. Ins. Co. v. Smith*, 264 So. 3d 737 (Miss. S. Ct. 2019) at the Motions Hearing set for November 21, 2025, at 12:00 p.m. at the Paul Hatfield Federal Courthouse in Helena, MT.

The Clerk of Court shall notify the parties of the making of this Order.

DATED this 21st day of November, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE

1