Jon A. Wilson
Nathan A. Burke
BROWN LAW FIRM, P.C.
315 North 24th Street
P. O. Drawer 849
Billings, MT 59103-0849
Phone: 406-248-2611
Fax: 406-248-3128
jwilson@brownfirm.com
nburke@brownfirm.com
*Attorneys for Defendant Travelers Personal Insurance Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KARLYN ZIMBELMAN, | ) Cause No. CV 24-51-WWM |
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL** |
| | ) **WITH PREJUDICE** |
| TRAVELERS PERSONAL INSURANCE COMPANY, JOHN DOES 1-5, and CORPORATIONS A-Z, | ) |
| Defendants. | ) |

It is hereby stipulated between the parties, by and through their respective attorneys of record, that the above-entitled action be, and the same hereby is, dismissed with prejudice, as being fully settled on the merits, each party to bear their own attorneys' fees and costs. A proposed Order is submitted herewith for the Court's consideration.

DATED this 5th day of January, 2026.

        MCFARLAND MOLLY LACNY & DUERK

        By:   <u>/s/ Dylan M. McFarland</u>
               Dylan M. McFarland / Seamus M. Molloy
               *Attorneys for Plaintiff*

BROWN LAW FIRM, P.C.

        By:   <u>/s/ Jon A. Wilson</u>
               Jon A. Wilson / Nathan A. Burke
               *Attorneys for Defendant Travelers Personal Insurance Company*