IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KARLYN ZIMBELMAN,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PERSONAL INSURANCE COMPANY, JOHN DOES 1-5, and CORPORATIONS A-Z<br><br>Defendants. | CV 24-51-GF-WWM<br><br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to the stipulation of the parties (Doc. 42) and for good cause shown,

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE**, each of the parties bearing their own attorneys' fees and costs.

DATED this 9th day of January, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE